**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 25-6584**

───────────────

BEN UNZA CLEMONS,

> Petitioner - Appellant,

v.

WARDEN  SCARANTINO,

> Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-hc-02148-D-RJ)

───────────────

Submitted:  April 28, 2026                          Decided:  June 3, 2026

───────────────

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Ben Unza Clemons, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Ben Unza Clemons, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Clemons v. Scarantino*, No. 5:24-hc-02148-D-RJ (E.D.N.C. June 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*